■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BANKS, Appellant.—Judgment, Supreme Court, Bronx County (Alexander Chananau, J.), rendered on March 18, 1982, unanimously affirmed. Defendant's application dated May 22, 1986 for an extension of time to file a *pro se* supplemental brief is denied. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Kassal and Rosenberger, JJ.

■ In the Matter of NEW YORK CITY TRANSIT AUTHORITY, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Judgment, Supreme Court, New York County (Andrew Tyler, J.), entered on or about January 2, 1985, unanimously affirmed for the reasons stated by Andrew Tyler, J., at Special Term, without costs and without disbursements. Concur—Sandler, J. P., Asch, Kassal, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FAZAL AHMAD, Appellant.—Judgment, Supreme Court, New York County (John Bradley, J.), rendered on May 23, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, pursuant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Ross, Asch, Fein and Milonas, JJ.